**CENTER FOR DISABILITY ACCESS**
Chris Carson, Esq., SBN 280048
Raymond Ballister, Jr., Esq., SBN 111282
Dennis Price, Esq., SBN 279082
Adrian M. Slipski, Esq., SBN 325910
8033 Linda Vista Road Suite 200
San Diego CA 92111
(858) 375-7385; (888) 422-5191 fax
adrians@potterhandy.com

Attorneys for Plaintiff BRIAN WHITAKER


Keith A. Sipprelle, Of Counsel (CA Bar No. 143358)
**LITTLETON PARK JOYCE UGHETTA & KELLY LLP**
keith.sipprelle@littletonpark.com
2945 Townsgate Road, Suite 200
Westlake Village, CA 91361
Telephone: 213.599.8200
Facsimile: 213.228.1980

Attorneys for Defendant AVEDA EXPERIENCE CENTERS INC.

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BRIAN WHITAKER,<br><br>    Plaintiff,<br><br>    vs.<br><br>AVEDA EXPERIENCE CENTERS INC., a Delaware Corporation,<br><br>    Defendant. | Case No. 2:21-cv-00448-TLN-JDP<br><br>[Hon. Troy L. Nunley]<br><br>**STIPULATION TO EXTEND THE DISCOVERY CUT-OFF DATE FOR THE LIMITED PURPOSE OF TAKING PLAINTIFF'S DEPOSITION; ORDER** |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff BRIAN WHITAKER ("Plaintiff") and Defendant AVEDA EXPERIENCE CENTERS INC. ("Defendant"), through their respective attorneys of record, and respectfully requested, that the Court continue the non-expert discovery date of December 3, 2021 through and including December 21, 2021 for the limited purpose of allowing the taking of the deposition of Plaintiff, based on the following:

1. WHEREAS, pursuant to Section III of this Court's Initial Pretrial Scheduling Order (Docket Entry 3), non-expert discovery is required to be completed by December 3;

2. WHEREAS, the parties have been cooperative throughout the discovery process and will complete non-expert discovery, with the exception of the deposition of Plaintiff, by December 3, 2021;

3. WHEREAS, the parties have been cooperative in attempting to schedule the deposition of Plaintiff.  However, due to scheduling conflicts and challenges posed by the ongoing Covid-19 pandemic, the parties have not been able to schedule Plaintiff's deposition for a date prior to December 3, 2021.  However, the parties have agreed to the taking of Plaintiff's deposition on December 21, 2021, subject to the Court's approval and extension of the non-expert discovery cutoff date through and including December 21, 2021;

4. WHEREAS, the taking of Plaintiff's deposition is critical to the progress of this case. Without the deposition, the parties will not be in a position to discuss a potential resolution of the litigation.  Additionally, the absence of Plaintiff's deposition testimony would potentially impact other aspects of the litigation, including (potentially) expert discovery.

5. WHEREAS, in light of all the foregoing, all counsel/parties respectfully request (pursuant to Rule 16(b)(4) of the *Federal Rules of Civil Procedure* and Section IX of this Court's

Initial Pretrial Scheduling Order) that the Court approve this Stipulation and extend the non-expert discovery cutoff date through and including December 21, 2021 for the limited purpose of allowing the taking of Plaintiff's deposition.

IT IS SO STIPULATED AND AGREED.

Dated: November 24, 2021

CENTER FOR DISABILITY ACCESS

By: /s/ Adrian M. Slipski
Adrian M. Slipski, Esq.
Chris Carson, Esq.
Raymond Ballister, Jr., Esq.
Dennis Price, Esq.
Attorneys for Plaintiff BRIAN WHITAKER

Dated: November 24, 2021

LITTLETON PARK JOYCE UGHETTA & KELLY LLP

By: /s/ Keith A. Sipprelle
Keith A. Sipprelle
Attorneys for Defendant AVEDA EXPERIENCE CENTERS INC.

**ORDER**

Good cause appearing, IT IS ORDERED that the non-expert discovery cutoff date in this matter is extended to and through December 21, 2021 for the limited purpose of allowing the taking of Plaintiff's deposition.

DATED: November 29, 2021

Troy L. Nunley
United States District Judge